UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

File No.  2:08-CR-25

v.

HON. ROBERT HOLMES BELL

BRIAN KENNETH ANDERSON,

      Defendant.
_____/

### ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of the United States Magistrate in this case (Dkt. No. 32) regarding a Motion to Suppress Statements and the Physical Fruits of the Constitutional Violations filed by Defendant. (Dkt. No. 16.) The Report and Recommendation was duly served on the parties and no objections have been filed. The Court agrees with the Report and Recommendation.

Accordingly, the Report and Recommendation (Dkt. No. 32) is hereby **ADOPTED** as the opinion of the Court.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Statements and the Physical Fruits of the Constitutional Violations (Dkt. No. 16) is **DENIED**.

Dated: October 24, 2008                  /s/ Robert Holmes Bell
                                                        ROBERT HOLMES BELL
                                                        UNITED STATES DISTRICT JUDGE